```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MARCOS CALCANO,

                               Plaintiff,

                   -against-

SEA NEW YORK, INC.,

                              Defendant.
-----------------------------------------------------------------X

19-CV-09728 (PGG)(SN)

ORDER
```

**SARAH NETBURN, United States Magistrate Judge:**

On October 21, 2019, plaintiff filed a complaint against Defendant Sea New York Inc. Under Federal Rule of Civil Procedure 4(m), service was required within 90 days of the issuance of summons, or by January 20, 2020. Nothing on the docket reflects that service was made within this time.

By January 31, 2020, the plaintiff shall submit a letter explaining whether he has served the defendant and, if not, the basis for failing to do so within the time period required. If the plaintiff has failed to serve the defendant within the time required and cannot establish good cause for such failure, the Court may dismiss the case without prejudice. See Meilleur v. Strong, 682 F.3d 56. 62 (2d Cir. 2012); Fed. R. Civ. P. 4(m).

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     January 24, 2020
                New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/24/2020