**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___ 3/11/2020

MARCOS CALCANO,

                             **Plaintiff,**                    **19-CV-09728 (PGG)(SN)**

        **-against-**                                         **ORDER**

**SEA NEW YORK, INC.,**

                             **Defendant.**
-------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

The Court's January 31, 2020 order stayed this case for 30 days and directed the parties to file a status letter regarding settlement within 30 days. ECF No. 12. The parties did not file a letter, but on March 2, 2020, Defendant's counsel entered an appearance.

By March 31, 2020, Defendant shall answer, move against, or otherwise respond to the Complaint. If the parties reach a settlement before that date, they shall file a letter or stipulation of dismissal on the docket.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     March 11, 2020
             New York, New York